# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACY NICHOLE TEOFRIO,

    Plaintiff,

vs.

RICHARD T. WARNER, JR., *et al.*,

    Defendants.

Case No. 2:15-cv-01747-JAD-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated September 11, 2015, required the parties to file a Joint Status Report no later than October 14, 2015. To date the parties have not complied. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **November 2, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 21st day of October, 2015.

                                           GEORGE FOLEY, JR.
                                           United States Magistrate Judge