| | |
|---|---|
| **RAMZY P. LADAH** | |
| Nevada Bar No. 11405 | |
| **LADAH LAW FIRM** | |
| 517 S. Third Street | |
| Las Vegas, NV 89101 | |
| litigation@ladahlaw.com | |
| T: 702.252.0055 | |
| F: 702.248.0055 | |
| *Attorney for Plaintiff Tracy Nichole Teofrio* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY NICHOLE TEOFRIO,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01747-JAD-GWF<br><br>**Stipulation to Extend Time to File Response on Defendants' Motion for Leave to Withdraw and Amend their Responses to Plaintiff's Requests for Admissions Pursuant to FRCP 36(b) [ECF No. 53]**<br><br>**(First Request)** |

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. and Western Express, Inc., and Plaintiff, Tracy Nichole Teofrio, by and through their respective, undersigned counsel of record, hereby stipulate and agree as follows:

1. On April 13, 2018, Defendants Warner and Western Express filed their Motion for Leave to Withdraw and Amend their Responses to Plaintiff's Requests for Admissions Pursuant to FRCP 36(b) (the "Motion for Leave"). [ECF No. 53].

2. The Court thereafter scheduled a hearing on the Motion for Leave for May 16, 2018 at 10:30 a.m. [ECF No. 55].

3. Plaintiff was concurrently assigned a deadline to file a response to the Motion for Leave by April 27, 2018. *Id.*

4. The parties now stipulate to extend the time for Plaintiff to file her response to the Motion for Leave to Friday, May 4, 2018.

5. This extension of time is being sought at the request of Plaintiff's counsel, whose recent schedule has been consumed by multiple out-of-state depositions, and who will be attending a deposition in Reno on the date of the current response deadline (April 27, 2018).

6. This extension of time is not being sought for delay or any other undue purpose.

DATED this 26th day of April, 2018.                DATED this 26th day of April, 2018.

**LADAH LAW FIRM**                                 **HALL JAFFE & CLAYTON, LLP**

/s/ Ramzy P. Ladah, Esq.                           /s/ Ashlie Surur, Esq.
_____                    _____
**RAMZY P. LADAH**                                 **STEVEN T. JAFFE**
Nevada Bar No. 11405                               Nevada Bar No. 7035
**JOSEPH C. CHU**                                  **ASHLIE SURUR**
Nevada Bar No. 11082                               Nevada Bar No. 11290
517 S. Third Street                                7425 Peak Drive
Las Vegas, NV 89101                                Las Vegas, NV 89128
*Attorneys for Plaintiff Tracy Nichole Teofrio*    *Attorneys for Defendants Richard T. Warner, Jr. and Western Express, Inc.*

**O R D E R**

Based upon the foregoing Stipulation to Extend Time, IT IS SO ORDERED.

DATED this  27th  day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE