STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY NICHOLE TEOFRIO,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br>        Defendants. | CASE NO.: 2:15-cv-01747-JAD-GWF<br><br><br>ECF No. 66 |

## <u>STIPULATION TO EXTEND BRIEFING</u>
(First Request)

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. ("Warner") and

Western Express, Inc. ("Western Express"), and Plaintiff, Tracy Nichole Teofrio ("Teofrio"), by and

through their respective attorneys, stipulate as follows:

      1.      On April 13, 2018, Warner and Western Express filed their motion for summary

judgment [ECF No. 54]. On May 4, 2018, Teofrio filed her response [ECF No. 58] and, on May 11,

2018, she filed a supplement to her response [ECF No. 62]. Warner and Western Express's reply to the motion for summary judgment [ECF No. 54] is due May 18, 2018.

2.     The parties stipulate that there is good cause to extend the deadline for Warner and Western Express to file their reply to the motion for summary judgment [ECF No. 54], because lead counsel for Warner and Western Express is out of the country from May 18, 2018 through June 1, 2018. In light of the issues raised in the motion and response, the extension will provide counsel for Warner and Western Express a more reasonable opportunity to address those issue upon return to the country. Therefore, the deadline to file a reply to the motion for summary judgement [ECF No. 54] should be extended to June 8, 2018.

3.     On May 7, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60]. Responses to this motion [ECF No. 60] are due May 21, 2018. There is good cause to extend the time to respond to this motion [ECF No. 60], because the normal briefing schedule does not afford Teofrio adequate time to address the issues raised in the motion [ECF No. 60]. Therefore, the deadline to file a response to this motion [ECF No. 60] should be extended to June 8, 2018.

4.     On May 11, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61]. Responses to this motion [ECF No. 61] are due May 25, 2018. There is good cause to extend the time to respond to this motion [ECF No. 61], because the normal briefing schedule does not afford Teofrio adequate time to address the issues raised in the motion [ECF No. 61]. Therefore, the deadline to file a response to this motion [ECF No. 61] should be extended to June 8, 2018

/ / /

/ / /

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 21, 2018

2

DATED: May 18, 2018.

HALL JAFFE & CLAYTON, LLP

By: _/s/ Ashlie Surur_____
Steven T. Jaffe, Esq. (Nevada Bar No. 7035)
Ashlie L. Surur, Esq. (Nevada Bar No. 11290)
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

DATED: May 18, 2018.

LADAH LAW FIRM

By: _/s/Joseph C. Chu_____
Ramzy P. Ladah, Esq. (Nevada Bar No. 11405)
Joseph C. Chu, Esq. (Nevada Bar No. 11082)
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Tracy Nichole Teofrio*