STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY NICHOLE TEOFRIO, | CASE NO.: 2:15-cv-01747-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

**STIPULATION TO EXTEND BRIEFING**
(First Request)

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. ("Warner") and Western Express, Inc. ("Western Express"), and Plaintiff, Tracy Nichole Teofrio ("Teofrio"), by and through their respective attorneys, stipulate as follows:

1. On April 13, 2018, Warner and Western Express filed their motion for summary judgment [ECF No. 54]. On May 4, 2018, Teofrio filed her response [ECF No. 58] and, on May 11,

2018, she filed a supplement to her response [ECF No. 62].

2. On May 7, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60].

3. On May 11, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61].

4. The parties previously requested and obtained an extension to file a reply to the motion for summary judgment [ECF No. 54] and responses to the motions regarding experts Paul Herbert [ECF No. 60] and James Loong [ECF No. 61]. *See* ECF No. 67 responses to all motions because lead counsel for Warner and Western Express is out of the country from May 18, 2018 through June 1, 2018.

5. The parties require additional time to fully and meaningfully brief all of the factual and legal issues raised in these three motions. In addition, Plaintiff filed a motion requesting a settlement conference. ECF No. 69. The court gave Defendants until June 15, 2018 to respond to the motion. ECF No. 70. Defendants' response to the requested settlement conference and the potential for the parties to attend a settlement conference impacts the briefing on these three pending motions. As such, the parties also request this extension so Defendants may consider the settlement conference request and how it effects their pending motions.

6. Therefore, the parties stipulate and agree that deadline for Warner and Western Express to file and serve their reply to their motion for summary judgment [ECF No. 54] be extended to June 15, 2018.

6. The parties further stipulate and agree that the deadline to file a response to Warner and Western Express' motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60] should be extended to June 15, 2018.

7. The parties further stipulate and agree that the deadline to file a response to Warner and Western Express' motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61] should be extended to June 15, 2018.

8. This is the second request for an extension of these deadlines and is not made for purposes of delay.

DATED:  June 8, 2018                                   DATED:  June 8, 2018.

HALL JAFFE & CLAYTON, LLP                              LADAH LAW FIRM

By:  */s/ Ashlie Surur*                                By:  _____
Steven T. Jaffe, Esq. (Nevada Bar No. 7035)            Ramzy P. Ladah, Esq. (Nevada Bar No. 11405)
Ashlie L. Surur, Esq. (Nevada Bar No. 11290)           Joseph C. Chu, Esq. (Nevada Bar No. 11082)
7425 Peak Drive                                        517 S. Third Street
Las Vegas, Nevada 89128                                Las Vegas, Nevada 89101
*Attorney for Defendants*                              *Attorneys for Plaintiff, Tracy Nichole Teofrio*
*Richard T. Warner, Jr. and Western Express Inc.*

**ORDER**

IT IS SO ORDERED

 Dated: June 11, 2018.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

3