STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY NICHOLE TEOFRIO,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br>Defendants. | CASE NO.: 2:15-cv-01747-JAD-GWF |

**STIPULATION TO EXTEND BRIEFING ON MOTION FOR SETTLEMENT CONFERENCE**
**[ECF NO. 69]**
**(First Request)**

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. ("Warner") and Western Express, Inc. ("Western Express"), and Plaintiff, Tracy Nichole Teofrio ("Teofrio"), by and through their respective attorneys, stipulate as follows:

1. On June 4, 2018, Plaintiff filed a request for a settlement conference. ECF No. 69.

2. The court ordered Defendants to respond to the request identifying its opposition or joinder to the request by June 15, 2018. ECF No. 70.

3. Defendants and their attorneys have scheduled a meeting for June 21, 2018 to discuss the request for settlement conference and Defendants' response. This was the soonest Defendants and their attorneys could meet to discuss this issue. Defendants cannot file their response to the request until after this meeting.

4. For these reasons, the parties stipulate that there is good cause to briefly extend the time for Defendants to respond to the request from June 15, 2018 to <u>June 25, 2018.</u> This extension gives Defendants two court days after their meeting with counsel to prepare and file their response.

DATED: June 15, 2018.   DATED: June 15, 2018.

HALL JAFFE & CLAYTON, LLP   LADAH LAW FIRM

By: /s/ Ashlie Surur   By: /s/Joseph C. Chu
Steven T. Jaffe, Esq. (Nevada Bar No. 7035)   Ramzy P. Ladah, Esq. (Nevada Bar No. 11405)
Ashlie L. Surur, Esq. (Nevada Bar No. 11290)   Joseph C. Chu, Esq. (Nevada Bar No. 11082)
7425 Peak Drive   517 S. Third Street
Las Vegas, Nevada 89128   Las Vegas, Nevada 89101
*Attorney for Defendants*   *Attorneys for Plaintiff, Tracy Nichole Teofrio*
*Richard T. Warner, Jr. and Western Express Inc.*

**ORDER**

IT IS SO ORDERED.

DATED: 6/18/2018

_____
UNITED STATES MAGISTRATE JUDGE