STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY NICHOLE TEOFRIO, | CASE NO.: 2:15-cv-01747-JAD-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

**STIPULATION TO EXTEND BRIEFING**
(Third Request)

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. ("Warner") and Western Express, Inc. ("Western Express"), and Plaintiff, Tracy Nichole Teofrio ("Teofrio"), by and through their respective attorneys, stipulate as follows:

1. On April 13, 2018, Warner and Western Express filed their motion for summary judgment [ECF No. 54]. On May 4, 2018, Teofrio filed her response [ECF No. 58] and, on May 11,

2018, she filed a supplement to her response [ECF No. 62].

2. On May 7, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60].

3. On May 11, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61].

4. The parties previously requested and obtained an extension to file a reply to the motion for summary judgment [ECF No. 54] and responses to the motions regarding experts Paul Herbert [ECF No. 60] and James Loong [ECF No. 61]. *See* ECF No. 67 responses to all motions because lead counsel for Warner and Western Express is out of the country from May 18, 2018 through June 1, 2018.

5. Plaintiff filed a motion requesting a settlement conference. ECF No. 69. The court gave Defendants until June 15, 2018 to respond to the motion. ECF No. 70. Defendants' response to the requested settlement conference and the potential for the parties to attend a settlement conference impacts the briefing on these three pending motions.

6. The parties have agreed to this recent extension, because they believe the court's decision on the pending motion requesting a settlement conference [ECF No. 69] will effect the briefing on the three motions addressed in this stipulation. For example, if a settlement conference is ordered and depending on when that conference is ordered, the parties may want to delay further briefing on all or some of the three motions identified in this stipulation so resources may be diverted towards settlement negotiations. Therefore, the parties agree that there is good cause for this stipulated extension. This extension is also reasonable and will not unduly delay the resolution of this action. Discovery was recently reopened for a very limited purpose [ECF No. 68] and there is no trial date.

7. Therefore, the parties stipulate and agree that deadline for Warner and Western Express

to file and serve their reply to their motion for summary judgment [ECF No. 54] be extended to June 29, 2018.

8. The parties further stipulate and agree that the deadline to file a response to Warner and Western Express' motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60] should be extended to June 29, 2018.

9. The parties further stipulate and agree that the deadline to file a response to Warner and Western Express' motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61] should be extended to June 29, 2018.

10. This is the third request for an extension of these deadlines and is not made for purposes of delay.

DATED: June 15, 2018

HALL JAFFE & CLAYTON, LLP

By: */s/ Ashlie Surur*
Steven T. Jaffe, Esq. (Nevada Bar No. 7035)
Ashlie L. Surur, Esq. (Nevada Bar No. 11290)
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

DATED: June 15, 2018.

LADAH LAW FIRM

By: */s/ Joseph C. Chu*
Ramzy P. Ladah, Esq. (Nevada Bar No. 11405)
Joseph C. Chu, Esq. (Nevada Bar No. 11082)
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Tracy Nichole Teofrio*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: June 18, 2018.