STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Atorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY NICHOLE TEOFRIO,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01747-JAD-GWF<br><br><br>ECF No. 84 |

### STIPULATION TO EXTEND BRIEFING
(Sixth Request)

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. ("Warner") and Western Express, Inc. ("Western Express"), and Plaintiff, Tracy Nichole Teofrio ("Teofrio"), by and through their respective attorneys, stipulate as follows:

1. On May 7, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60].

2. On July 31, 2018, Teofrio filed their opposition to Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 83].

3. The parties have agreed to and request this sixth extension, because lead counsel for Warner and Western Express is out of the state form August 6, 2018 through August 10, 2018.

4. This requested extension is reasonably made for the purpose of allowing the parties focus their efforts on mediation; it is not made for the purpose of unduly delaying resolution of these motions and will not result in any undue delay to the resolution of this case.

7. Therefore, the parties stipulate and agree that deadline for Warner and Western Express to file and serve their reply to their motion [ECF No. 60] will be extended to **August 14, 2018**.

| | |
|---|---|
| DATED: August 7, 2018. | DATED: August 7, 2018. |
| HALL JAFFE & CLAYTON, LLP | LADAH LAW FIRM |
| By: */s/ Ashlie Surur* | By: */s/ Ramzy P. Ladah* |
| Steven T. Jaffe, Esq. (Nevada Bar No. 7035) | Ramzy P. Ladah, Esq. (Nevada Bar No. 11405) |
| Ashlie L. Surur, Esq. (Nevada Bar No. 11290) | Joseph C. Chu, Esq. (Nevada Bar No. 11082) |
| 7425 Peak Drive | 517 S. Third Street |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89101 |
| *Attorney for Defendants Richard T. Warner, Jr. and Western Express Inc.* | *Attorneys for Plaintiff, Tracy Nichole Teofrio* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 8, 2018