STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Atorney for Defendants*
*Richard T. Warner, Jr. and Western Express Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY NICHOLE TEOFRIO, | CASE NO.: 2:15-cv-01747-JAD-GWF |
| Plaintiff, | |
| vs. | [ECF No. 86] |
| RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

### STIPULATION TO EXTEND BRIEFING
(Seventh Request)

Pursuant to Local Rules ("LR") IA 6-1, Defendants, Richard T. Warner, Jr. ("Warner") and Western Express, Inc. ("Western Express"), and Plaintiff, Tracy Nichole Teofrio ("Teofrio"), by and through their respective attorneys, stipulate as follows:

1. On April 13, 2018, Warner and Western Express filed their motion for summary judgment [ECF No. 54]. On May 4, 2018, Teofrio filed her response [ECF No. 58] and, on May 11, 2018, she filed a supplement to her response [ECF No. 62].

2. On May 7, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 60]. On July 31, 2018, Teofrio filed her response [ECF No. 83].

3. On May 11, 2018, Warner and Western Express filed their motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61].

4. The parties previously requested and obtained extensions to file a reply to the motion for summary judgment [ECF No. 54] and responses to the motions regarding experts Paul Herbert [ECF No. 60] and James Loong [ECF No. 61]. *See* ECF Nos. 67, 72, 76, 80.

5. They also requested and obtain an extension to file a reply to Teofrio's response to the motion regarding expert Paul Herbet [ECF No. 83]. *See* ECF No. 85.

6. The parties have agreed to and request this seventh extension for several reasons. First, there is good cause to extend the deadline to file a reply to ECF No. 83 because lead counsel for Warner and Western Express was out of the jurisdiction and while defendants initially believed that a one-week extension was sufficient, it has not provided lead counsel with adequate time to address the factual and legal issues contained in ECF No. 83. Therefore, a brief extension until August 17, 2018 will give Warner and Western Express the time needed to fully and fairly address the issues presented in ECF No. 83. Second, the parties are scheduled to attend mediation on September 18, 2018. The parties agree that the reply to ECF Nos. 58 and 62 and the opposition and reply to ECF No. 61 can be completed after mediation without any undue delay in the resolution of this action. The parties believe that it is in their and the court's best interest to conserve litigation costs and focus their time preparing for and attending mediation.

7. Therefore, the parties further stipulate and agree that deadline to file a reply to the response to Warner and Western Express' motion to preclude the opinions and testimony of Plaintiff's expert, Paul Herbert [ECF No. 83] will be extended to **August 17, 2018**.

8. The parties further stipulate and agree that deadline for Warner and Western Express to file and serve their reply the response to the motion for summary judgment [ECF Nos. 58 and 62] will be extended to **September 25, 2018**.

///
///
///
///

1    9. The parties further stipulate and agree that the deadline to file a response to Warner and Western Express' motion to preclude the opinions and testimony of Plaintiff's expert, James Loong [ECF No. 61] will be extended to **September 25, 2018.**

DATED: August 14, 2018.                          DATED: August 14, 2018.

HALL JAFFE & CLAYTON, LLP                        LADAH LAW FIRM

By:  */s/ Ashlie Surur*                          By:  */s/ Joseph C. Chu*
Steven T. Jaffe, Esq. (Nevada Bar No. 7035)      Ramzy P. Ladah, Esq. (Nevada Bar No. 11405)
Ashlie L. Surur, Esq. (Nevada Bar No. 11290)     Joseph C. Chu, Esq. (Nevada Bar No. 11082)
7425 Peak Drive                                  517 S. Third Street
Las Vegas, Nevada 89128                          Las Vegas, Nevada 89101
*Attorney for Defendants*                        *Attorneys for Plaintiff, Tracy Nichole Teofrio*
*Richard T. Warner, Jr. and Western Express Inc.*

**ORDER**

IT IS SO ORDERED

DATED:  August 16, 2018

_____
U.S. District Judge Jennifer A. Dorsey

3