1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   ASHLIE L. SURUR, ESQ.
3  Nevada Bar No. 11290
   asurur@lawhjc.com
4  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
5  LAS VEGAS, NEVADA 89128
   (702) 316-4111
6  FAX (702)316-4114

7  *Atorney for Defendants*
   *Richard T. Warner, Jr. and Western Express Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY NICHOLE TEOFRIO, | CASE NO.: 2:15-cv-01747-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| RICHARD T. WARNER, JR.; WESTERN EXPRESS, INC., NAVISTAR LEASING SERVICES CORPORATION; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive, | ECF No. 93 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, Defendants, Richard T. Warner, Jr. and Western Express Inc., and Plaintiff, Tracy Nichole Teofrio, by and through their respective attorneys of record, stipulate to dismiss this action in its

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

entirety, with prejudice, each party bearing its own attorney's fees and costs.

Dated: January 31, 2019.                                    Dated: January 31, 2019.

HALL JAFFE & CLAYTON, LLP                                   LADAH LAW FIRM

By: _/s/ Ashlie Surur_____                              By: __/s/Ramzy P. Ladah_____
Steven T. Jaffe, Esq. (Nevada Bar No. 7035)                 Ramzy P. Ladah, Esq. (Nevada Bar No. 11405)
Ashlie L. Surur, Esq. (Nevada Bar No. 11290)                Joseph C. Chu, Esq. (Nevada Bar No. 11082)
7425 Peak Drive                                             517 S. Third Street
Las Vegas, Nevada 89128                                     Las Vegas, Nevada 89101
*Attorney for Defendants, Richard T. Warner, Jr.*           *Attorneys for Plaintiff, Tracy Nichole Teofrio*
*and Western Express Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 93]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 4, 2019